UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TURNER, individually, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act,<br><br>Plaintiff,<br><br>v.<br><br>SOLV ENERGY, LLC,<br><br>Defendant. | Case No. 1:23-cv-01596-ADA-CDB<br><br>ORDER ON STIPULATION SETTING FORTH BRIEFING SCHEDULES<br><br>(Doc. 15) |

On September 21, 2023, Plaintiff Terry Turner ("Plaintiff") filed this action in the Superior Court of California, San Diego County. (Doc. 1). On October 25, 2023, Defendant Solv Energy, LLC ("Defendant") removed this action to the United States District Court, Southern District of California. *Id*. Thereafter, Defendant filed a motion to dismiss on November 1, 2023. On November 9, 2023, before Plaintiff's response was due to be filed, the action was transferred from the Southern District of California to this Court. (Docs. 10-11).

Pending before the Court is the parties' stipulation seeking an order adopting the parties' proposed briefing schedule on Defendant's motion to dismiss. *Id*. Plaintiff seeks additional time to prepare his opposition in light of the upcoming holidays and notes he intends to file a motion to remand this case and another, related case pending in this Court (*Turner v. Solv Energy, LLC*, Case No. 1:23-cv-01526- ADA-CDB), on or before November 22, 2023. *Id*. Accordingly, in

light of the parties' representations, and good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's opposition to Defendant's motion to dismiss (Doc. 6) shall be filed on or before December 1, 2023;
2. Defendant's reply in support of its motion to dismiss shall be filed on or before December 8, 2023;
3. Plaintiff shall file his proposed motion to remand on or before November 22, 2023;
4. Defendant's opposition to Plaintiff's motion to remand shall be filed on or before December 8, 2023; and
5. Plaintiff's reply in support of the proposed motion to remand shall be filed on or before December 15, 2023.

IT IS SO ORDERED.

Dated:  **November 16, 2023**

UNITED STATES MAGISTRATE JUDGE