UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TURNER, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SOLV ENERGY, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | No. 1:23−cv−01596−KES−CDB<br><br>**ORDER GRANTING JOINT STIPULATION RE: EXTENSION OF STAY OF LITIGATION**<br><br>Doc. 39 |

### **ORDER**

Pursuant to the parties' stipulation, Doc. 39, and for good cause shown, it is HEREBY ORDERED THAT:

1. This case is stayed in its entirety until thirty (30) days after the parties' June 9, 2025 mediation; and

2. Neither party waives any argument, or the right to file any motion or brief, during or due to the parties' requested stay.

IT IS SO ORDERED.

　Dated:　May 14, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE